UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **MARVIN FRYE,** | ) | | |
| | ) | Case No. | FILED: JUNE 18, 2008 |
| **Plaintiff,** | ) | | 08CV3497 |
| | ) | Judge | JUDGE GETTLEMAN |
| v. | ) | | |
| | ) | Magistrate Judge | MAGISTRATE JUDGE VALDEZ |
| | ) | | |
| **P.O. JOHN DOE 1-3, individually,** | ) | Jury Demand | PH |
| **and the CITY OF CHICAGO,** | ) | | |
| | ) | | |
| **Defendants.** | ) | | |

## COMPLAINT

NOW COMES the Plaintiff, MARVIN FRYE, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, LTD., and complaining against the Defendants, P.O. JOHN DOE 1-3, individually, and the CITY OF CHICAGO, states as follows:

### COUNT -I EXCESSIVE FORCE

1)   This is an action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2)   Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3)   The Plaintiff, MARVIN FRYE, at all relevant times was a United States citizen and permanent resident of the State of Illinois.

4)   The Defendants, P.O. JOHN DOE 1-3, were at all relevant times duly appointed police officers of the Chicago Police Department.

5)   On June 6, 2008, the Plaintiff went to Jolan High School in the vicinity of 101st and Vincennes in Chicago to pick up his children on the last day of school.

6)   There was an incident outside the school and the police were called.

7) The Plaintiff was looking through the crowd for his son and daughter.

8) Without any just cause or provocation, the Defendants arrived on the scene and attacked the Plaintiff.

9) The Plaintiff was not committing a crime or breaking any law.

10) The use of force was excessive and unreasonable.

11) The use of force was unprovoked.

12) The other Defendants stood by and allowed this use of force and could have intervened.

13) The actions of Defendants P.O. JOHN DOE 1-3 were intentional, willful and wanton.

14) The Plaintiff, MARVIN FRYE, was injured.

15) Said actions of the Defendants, P.O. JOHN DOE 1-3, violated the Plaintiff's Fourth and Fourteenth Amendment Rights and were in violation of said rights as protected by 42 U.S.C. §1983.

16) As a direct and proximate consequence of said conduct of Defendants P.O. JOHN DOE 1-3, the Plaintiff, MARVIN FRYE, suffered violations of his constitutional rights, emotional anxiety, pain, suffering, fear, monetary loss and expense.

WHEREFORE, the Plaintiff, MARVIN FRYE, prays for judgment against the Defendants, P.O. JOHN DOE 1-3, jointly and severally, in an amount in excess of THIRTY THOUSAND AND 00/100 ($30,000.00) DOLLARS in compensatory damages and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS, punitive damages, plus attorney's fees and costs.

**COUNT II- FALSE ARREST**

1-12) The Plaintiff MARVIN FRYE, hereby realleges and incorporates his allegations of paragraphs 1-12 of Count I as his respective allegations of paragraphs 1-12 of Count II as

though fully set forth herein.

13) The Plaintiff, MARVIN FRYE, was arrested.

14) The Defendants placed false criminal charges against the Plaintiff knowing they were false.

15) There was no probable cause to arrest and/or charge the Plaintiff.

16) Said actions of the Defendants were intentional, willful and wanton.

17) As a direct and proximate consequence of said conduct of Defendants, the Plaintiff, MARVIN FRYE, suffered violations of his emotional anxiety, mental trauma, humiliation, fear, pain, suffering and monetary expense.

WHEREFORE, the Plaintiff, MARVIN FRYE, prays for judgment against the Defendants, P.O. JOHN DOE 1-3, jointly and severally, in an amount in excess of THIRTY THOUSAND AND 00/100 ($30,000.00) DOLLARS in compensatory damages and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS, punitive damages, plus attorney's fees and costs.

## COUNT II- INDEMNIFICATION-CITY OF CHICAGO

1-12) The Plaintiff, MARVIN FRYE, hereby realleges and incorporates his allegations of paragraphs 1-12 of Count I as his respective allegations of paragraphs 1-12 of Count III as though fully set forth herein.

13) Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

14) Defendants P.O. JOHN DOE 1-3 are employees of the City of Chicago, Police Department who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants P.O. JOHN DOE 1-3 be found liable for the acts

alleged above, the City of Chicago would be liable to pay the Plaintiff any judgment obtained against said Defendants.

## JURY DEMAND

The Plaintiff, MARVIN FRYE, requests a trial by jury.

Respectfully submitted,
MARVIN FRYE,

/S/ GREGORY E. KULIS
GREGORY E. KULIS AND ASSOCIATES, LTD

GREGORY E. KULIS AND ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312)580-1830