**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Marvin Frye,
    Plaintiff,

v.

P.O. John Doe 1-3, individually, and the City of Chicago,
    Defendants.

Case Number:

FILED: JUNE 18, 2008
08CV3497
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ
PH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marvin Frye

| | |
|---|---|
| NAME (Type or print) <br> Gregory E. Kulis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gregory E. Kulis | |
| FIRM <br> GREGORY E. KULIS & ASSOCIATES, LTD. | |
| STREET ADDRESS <br> 30 N. LaSalle Street, Suite 2140 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180966 | TELEPHONE NUMBER <br> 312-580-1830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |