**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Marvin Frye,     Plaintiff, v. P.O. John Doe 1-3, individually, and the City of Chicago,     Defendants. | FILED: JUNE 18, 2008 08CV3497 JUDGE GETTLEMAN MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marvin Frye                                                              PH

| |
|---|
| NAME (Type or print) Kathleen C. Ropka |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kathleen C. Ropka |
| FIRM GREGORY E. KULIS & ASSOCIATES, LTD. |
| STREET ADDRESS 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6217112 | TELEPHONE NUMBER 312-580-1830 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐